**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Lexie James Turner, Appellant,

v.

South Carolina Department of Probation, Parole and Pardon Services, Respondent.

Appellate Case No. 2017-000992

―――――――――――

Appeal From The Administrative Law Court
Deborah Brooks Durden, Administrative Law Judge

―――――――――――

Unpublished Opinion No. 2018-UP-181
Submitted March 1, 2018 – Filed May 2, 2018

―――――――――――

**AFFIRMED**

―――――――――――

Lexie James Turner, pro se.

Tommy Evans, Jr., of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 1-23-610(B) (Supp. 2017) ("The court of appeals . . . may reverse [an Administrative Law Court's (ALC)] decision if the substantive rights of the petitioner have been prejudiced because the finding,

conclusion, or decision is . . . clearly erroneous in view of the reliable, probative, and substantial evidence on the whole record . . . ."); SCALC Rule 59 ("The notice of appeal from the final decision to be heard by the [ALC] shall be filed with the [c]ourt and a copy served on each party, including the agency, within thirty (30) days of receipt of the decision from which the appeal is taken."); SCALC Rule 62 ("Upon motion of any party, or on its own motion, an Administrative Law Judge may dismiss an appeal or resolve the appeal adversely to the offending party for failure to comply with any of the rules of procedure for appeals, including the failure to comply with any of the time limits provided by this section . . . ."); *Al-Shabazz v. State*, 338 S.C. 354, 369, 527 S.E.2d 742, 750 (2000) ("[A]n inmate may seek judicial review of [the agency's] final decision in an administrative manner under the [Administrative Procedures Act (APA)]. Placing review of these cases within the ambit of the APA will ensure that an inmate receives due process, which consists of notice, a hearing, and judicial review."); *Barton v. S.C. Dep't of Prob., Parole and Pardon Servs.*, 404 S.C. 395, 401, 745 S.E.2d 110, 113 (2013) ("In determining whether the ALC's decision was supported by substantial evidence, this [c]ourt need only find, looking at the entire record on appeal, evidence from which reasonable minds could reach the same conclusion that the ALC reached.").

**AFFIRMED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.